## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **_GRAND_** Bishop-Cofield
et. al.

    PLAINTIFF(S)/CLAIMANTS

Vs            CASE AND CLAIM NUMBER: 24-C-22-001064

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

    DEFENDANTS

### PLAINTIFF(S) DEMAND FOR TRIAL BY JURY

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby **[PLAINTIFF(S) DEMAND FOR TRIAL BY JURY]** in the above styled case, and that a SCHEDULING ORDER be entered immediately in this case at bar.

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email: Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2022, the foregoing Letter was delivered and filed with the Clerk of Court for further service via the COMPLAINT & SUMMONS to be served on all counsel of record, and each Defendant.

_____
Dr. Keenan Cofield

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DR. KEENAN COFIELD, JD/Ph.D/Psy.D/DD
and The Supreme **GRAND** Bishop-Cofield
et. al.

    PLAINTIFF(S)/CLAIMANTS

Vs                       CASE AND CLAIM NUMBER: <u>24-C-22-001064</u>

WORKTIME, INC.
PROGRESSIVE CLAIMS
THE PROGRESSIVE CORPORATION, et. al.

    DEFENDANTS

## TO: THE CLERK OF COURT

### PLAINTIFF(S) AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANT(S)

COMES now the Plaintiff(s) Dr. Keenan Cofield, and others before this Honorable Court and do hereby file the above styled matter **[PLAINTIFF(S) AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANT(S)]**, seeking to add the following as **parties as Defendants** to this cause of action as the same was omitted in error. A copy of the Original Complaint is attached as required. The Plaintiff(s) request that the Clerk of this Honorable Court issue a SUMMONS for the Defendants:

<u>SUMMONS ISSUED FOR</u>:

**Maryland Insurance Administration**
Attn: <u>C/O Progressive Casualty & Claims Insurance Company</u>
200 St. Paul Place, Suite 2700,
Baltimore, Maryland 21202

Plaintiff(s) also Amend and assert that the acts and illegal conduct described herein violates also the Constitution of Maryland/Declaration of Rights Article 2, 3, 5(a)(1), (b), 19, 20 and 23. The Plaintiff(s) do hereby adopt and incorporate the same as to the Original Complaint COUNTS 1 thru 8, in further support of each COUNT therein.

_____
Dr. Keenan Cofield

_____
Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email: Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2022, the foregoing Letter was delivered and filed with the Clerk of Court for further service via the COMPLAINT & SUMMONS to be served on all counsel of record, and each Defendant.

_____
Dr. Keenan Cofield