# EXHIBIT 4



Supreme GRAND Bishop Cofield <supremegrandbishop@gmail.com>

# PERSONAL INJURY DEMAND LETTER-CLAIM NUMBER 229404821
2 messages

---

**Supreme GRAND Bishop Cofield** <supremegrandbishop@gmail.com>                    Mon, Jan 31, 2022 at 1:37 AM
To: erikka_j_williams@progressive.com, ewillia3@progressive.com, "Dr. Keenan Cofield" <psychdoctor101@gmail.com>, Supreme GRAND Bishop Cofield <Supremegrandbishop@gmail.com>

Dear Ms. Erikka Williams-

Please **treat** our Original Notice of Claim, Amended and/or Supplemental Notice of Claim and Notice to Sue as our Personal Injury DEMAND Letter. We do hereby adopt and incorporate any and all claims, statements, paragraphs, to include any and all records and documents to medical reports in further support of our Personal Injury Demand Letter, as one of the same. We already submitted our demand for settlement in this matter immediately.

<u>**A breakdown of the demand amount has been previously submitted.**</u>

1). I/We seek to Amend and/or Supplement the Relief and other areas of our claims filed.

2). This is a Herniated Disc case. Involving the C-3-C-4, C-4-C-5, C-5-C-6, C-6-C-7. Liability is clear and **<u>undisputed</u>** several permanent injuries in this case. Herniated disc cases nationally verdicts to settlements are $360,000 at the bottom into the millions. Herniated disc was the direct result of the motor accident/incident and crash at issue. The constant daily pain and suffering I endure with many limitations that the herniated disc injury causes the Claimant alone. We demand settlement damages in the amount of $1,000,000 dollars alone for the herniated disc injuries.

3). Claimant back injuries, we demand settlement in the amount of $750,000 to be included in the Original Claim-Notice. **Back surgery is required for my injuries.**

4). Maryland cap on **Pain and Suffering is $905,000**. We demand our settlement include the FULL allowable amount under state law. Due to the devastating affect this accident has had on Claimant Dr. Cofield's body, mind, career, life and social abilities, the pain and suffering aspect of this case and claim warrants an evaluation that is equal to the cap both at any trial and the settlement table.

5). There is **<u>NO cap</u>** in Maryland for **Economic Damages** in all personal injuries cases.

**6). Do you think we can settle this case or should we proceed with the filing of our lawsuit with discovery already attached to be included with our filing?**

7). After careful consideration of the issues involved in this claim and review of jury verdicts and insurance company settlements with similar fact patterns, I believe the total demand amount in each Relief Section represents a fair and equitable settlement amount.

All of the damages were directly and proximately caused by the aforementioned negligence of the insured and were incurred without contributory negligence or assumption of the risk on the part of the Claimant/Plaintiff(s).
<u>**Claimants/Plaintiff(s) did not have the opportunity to avoid this accident with serious to permanent injuries. Several for life....**</u>

<u>I feel confident we can settle and resolve this claim.</u> **<u>Let me know how you would like to proceed.</u>**

If you have any offer to make, you may submit it at anytime. However, this has been pending too long. The insured dragged their feet.

You may reach me by email, and/or by phone.

Respectfully Submitted,
Dr. Keenan Cofield, JD/Phy.D/Psy.D/DD

---

Erikka J Williams <ERIKKA_J_WILLIAMS@progressive.com>                    Mon, Jan 31, 2022 at 9:56 AM

To: Supreme GRAND Bishop Cofield <supremegrandbishop@gmail.com>, "erikka_i_williams@progressive.com" <erikka_i_williams@progressive.com>, "Dr. Keenan Cofield" <psychdoctor101@gmail.com>
Cc: Kevin B McNeil <Kevin_B_McNeil@progressive.com>

Good Morning Dr. Cofield,

Due to the nature of your injury claim – I have copied your new adjuster, Kevin McNeil to this email.

Please direct all further correspondence regarding your injury claim to Kevin, alone.

Sincerely,

Erikka

*Erikka J. Williams* DIRECT.HONEST.THOUGHTFUL.

## Commercial Claims Representative | NEW Newsletter Street Team Writer

The Progressive Group of Insurance Companies

747 Alpha Drive Highland Heights, OH 44143

Phone 440.910.8891 | Fax  833-905-1739 MON – FRIDAY 8AM-5PM

EM: ewillia3@progressive.com



Statement of Confidentiality: This electronic message may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, please notify me immediately at 404-439-7166, and destroy all copies of this message and any attachments. All correspondence (including any e-mail) we receive from you may become part of your permanent claim file.  If you request a reply to this email, we may respond by e-mail or by phone.

[Quoted text hidden]