

**10500 LITTLE PATUXENT PARKWAY**
**SUITE 650**
**COLUMBIA, MD 21044**

**TOWSON | COLUMBIA | BEL AIR**

**TELEPHONE 410-740-2000**
**OR 301-596-1717**
**WWW.PKLAW.COM**

**Halle P. Gray, Esquire**
Direct Dial: (410) 769-6144
Direct Fax: (410) 307-6563
E-Mail: hgray@pklaw.com

July 8, 2022

The Honorable Stephanie A. Gallagher
United States District Judge

        Re:    *Keenan Cofield, et al., v. Worktime, Inc., et al.*
               United States District Court, District of Maryland
               Civil No. 1:22-cv-00727-SAG

Dear Judge Gallagher:

      This letter is on behalf of Defendants Worktime, Inc., Worktime, Inc. Owners and Operators, and Worktime, Inc. John Doe or Jane Doe – Driver of Dump Truck #26 (collectively "Worktime, Inc. Defendants") in response to Your Honor's Order dated June 28, 2022. (ECF 83).

      Without waiving any rights or defenses relating to the claims in the underlying Complaints and multiple subsequent filings, Worktime, Inc. Defendants have authorized counsel to waive formal service of process and accept service of process on their behalf. On July 6, 2022, counsel notified Mr. Cofield via electronic mail of this authorization. *See* Exhibit 1. Additionally, on July 8, 2022, counsel mailed a letter to Plaintiffs K.N. and Laverne Thompson informing them of this authorization. *See* Exhibit 2.

      The Worktime, Inc. Defendants take this action as a courtesy to the Court and at the Court's suggestion.

                                                           Sincerely yours,

                                                            Halle P. Gray

HPG/pmf